IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION NO. 09-0319 |
| v. : | |
| : | CIVIL ACTION NO. 10-6280 |
| TIMOTHY W. STROBL : | |

# O R D E R

**AND NOW**, on this  10th  day of March, 2017, upon consideration of Petitioner Timothy W. Strobl's *pro se* Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (ECF No. 39), and all documents submitted in support thereof and in opposition therein, it is **ORDERED** as follows:

A. Petitioner's Habeas Corpus Motion under 28 U.S.C. § 2255 is **DENIED**.

B. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**